UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| In Re: | ) | Case Number: 17-31356 |
|---|---|---|
| Natalia Krotevych | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Timothy A. Barnes |
| Debtor | ) | |

## Order Modifying Plan and Shortening Notice

This matter coming to be heard on the Debtor's Motion to Modify Plan and Shorten Notice, this Court having jurisdiction, and with due notice having been given, it is hereby ordered:

1. The default from the Debtor's 2019 income tax refund is deferred.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: March 1, 2021

**Prepared by:**
Dale A. Riley
Geraci Law, LLC
55 E. Monroe, Suite 3400
Chicago, IL 60603